# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# AT KANSAS CITY, KANSAS

MOLLY MALCOM,

       Plaintiff,

-vs-                                               Case No. 19-cv-2016-DDC-TJJ

FIRST STUDENT MANAGEMENT, LLC,
a foreign corporation; and FIRST STUDENT,
INC., a foreign corporation,

       Defendants.

_____

## STIPULATION OF DISMISSAL OF
## DEFENDANT FIRST STUDENT MANAGEMENT, LLC

COMES NOW Plaintiff, by and through counsel Bradley A. Pistotnik and J. Corey Sucher of Brad Pistotnik Law, P.A., and Defendants, by and through counsel Jeremy Schrag of Lewis, Brisbois, Bisgaard & Smith, LLP, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and files this Stipulation of Dismissal of Defendant First Student Management, LLC, without prejudice and without a court order, and in support thereof states:

1. On or about January 14, 2019, Plaintiff filed her Complaint naming Defendants First Student Management, LLC and First Student, Inc.

2. In doing so, Plaintiff alleged diversity of citizenship in accordance with 28 U.S.C. § 1332(a).

3. After Defendants answered admitting that this Court has jurisdiction and that venue is appropriate, the parties received a sua sponte Notice and Order to Plaintiff to Show Cause dated February 20, 2019, wherein it was noted that the allegations contained in Plaintiff's Complaint "fail to establish Defendant First Student Management, LLC's citizenship for diversity jurisdiction purposes."

4. After receiving said Notice and Order to Plaintiff to Show Cause, counsel for Plaintiff and Defendants discussed the matter, and counsel for Defendants advised counsel for Plaintiff that Defendant First Management, LLC is merely a holding company, that the proper defendant in this dispute is Defendant First Student, Inc., and that Defendant First Student, Inc. is also the insured entity under the applicable insurance policy.

WHEREFORE, all parties hereby stipulate to the dismissal from this lawsuit of Defendant First Student Management, LLC, without prejudice, as the parties are in agreement that First Student, Inc. is the proper defendant, and doing so also makes the diversity of citizenship issue pertaining to Defendant First Student Management, LLC moot.

Respectfully Submitted,

**BRAD PISTOTNIK LAW, P.A.**

*/s/ Bradley A. Pistotnik*
Bradley A. Pistotnik, #10626
J. Corey Sucher, #27789
10111 E. 21st Street North, Suite 204
Wichita, Kansas 67206
316-684-4400, Fax: 316-684-4405
Brad@BradPistotnikLaw.com
Corey@BradPistotnikLaw.com
*Attorneys for Plaintiff*

and

*/s/ Jeremy K. Schrag*
Jeremy K. Schrag, KS #24164
Annie Calvert, KS #27946
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
(316) 609-7900/ Fax (316) 462-5746
jeremy.schrag@lewisbrisbois.com
annie.calvert@lewisbrisbois.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing document was filed with the Clerk of the Court using the CM/ECF system, thereby giving notice to all counsel of record on this 25th day of February, 2019.

A Chambers copy has been e-mailed to
the Honorable Magistrate Teresa J. James:

ksd_james_chambers@ksd.uscourts.gov

               */s/ Bradley A. Pistotnik*
               Bradley A. Pistotnik, #10626